UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALCLIFF DALEY,<br><br>   Petitioner,<br><br>   v.<br><br>KELLY HARRINGTON, Warden,<br><br>   Respondent. | No. CV 09-2660-RGK (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: December 20, 2011

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE